DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

RUSTAD v. RUSTAD

No. 243P84.

Case below: 68 N.C. App. 58.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

SCHELL v. COLEMAN

No. 615P83.

Case below: 65 N.C. App. 91.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

SIMMONS v. BROADNAX

No. 382P84.

Case below: 68 N.C. App. 564.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. ATAEI-KACHUEI

No. 300P84.

Case below: 68 N.C. App. 209.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. ATKINSON

No. 329P84.

Case below: 68 N.C. App. 357.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.